.

CYNTHIA ANN LOPEZ
486 HIGHWAY 26 E
POPLARVILLE, MS 39470


THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236


CHASE CARD SERVICES
ATTN: BANKRUPTCY
P.O. 15298
WILMINGTON, DE 19850


CITIBANK
PO BOX 790046
ST LOUIS, MO 63179


COMENITY BANK
ATTN: BANKRUPTCY
PO BOX 182125
COLUMBUS, OH 43218


COMENITY BANK
ATTN: BANKRUPTCY DEPT
PO BOX 182125
COLUMBUS, OH 43218


SHELLPOINT MORTGAGE
PO BOX 19024
GREENVILLE, SC 29602


SYNCHRONY
ATTN: BANKRUPTCY
PO BOX 965064
ORLANDO, FL 32896